HICKSON V CHRYSLER CORPORATION. (Docket No. 55498.) Rehearing denied. *John A. Fillion, Jordan Rossen, Edwin G. Fabré, Ralph O. Jones, Leonard R. Page, Anne M. Trebilcock, Marley S. Weiss,* and *M.*

*Jay Whitman* for plaintiff-appellant. *Clifford Johnson* for defendant-appellee Chrysler Corporation. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *George M. Blaty,* Assistant Attorney General, for defendant-appellee Michigan Employment Security Commission. Reported at 394 Mich 724.